# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

WILLIAM MELVIN

      Plaintiff,

v.

                               District Court Case No.
                               Circuit Court Case No. 2018 CA 1024

LOWE'S HOME CENTERS, LLC,

      Defendant.

_____/

## NOTICE OF REMOVAL

**TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, THE CIRCUIT COURT OF THE 1ST JUDICIAL CIRCUIT, IN AND FOR BAY COUNTY, FLORIDA, AND ALL PARTIES AND ATTORNEYS OF RECORD:**

YOU WILL PLEASE TAKE NOTICE that Defendant, Lowe's Home Centers, LLC, pursuant to N.D. Fla. Loc. R. 3.1(B), hereby invokes the removal jurisdiction of the United States District Court for the Northern District of Florida, for the removal of the above-captioned matter, currently pending as Civil Action Number 2018 CA 001024 in the Circuit Court of The First Judicial Circuit, in and for Bay County, Florida, to the United States District Court for the Northern District of Florida, Panama City

1

Division.  Defendant, Lowe's Home Centers, LLC, files this Notice without waiving any defenses, exceptions, or obligations that may exist in its favor in State or Federal Court.  Defendant, Lowe's Home Centers, LLC, bases its removal on the following grounds:

1.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446 in that it is being filed within thirty (30) days after Defendant Lowe's (and/or its respective insurance company and its counsel) first received a copy of the initial pleadings.  Defendant Lowe's has formally been served with a Summons and Complaint.

2.      The Circuit Court of the First Judicial Circuit, in and for Bay County, Florida is located within the Northern District of Florida, Panama City Division.

3.      Defendant removes this action to this Court based on diversity jurisdiction, pursuant to 28 U.S.C. § 1441(b).

4.      Defendant Lowe's is a limited liability corporation with its principle place of business in North Carolina.

5.      Plaintiff, per the original complaint, is a resident of Florida.

6.      Plaintiff's Complaint alleges that she seeks damages in excess of $15,000.00.  Plaintiff's failure to specifically plead damages in excess of

$75,000 does not defeat Defendant's attempt to remove.  See Tapscott v.
M.S. Dealer Services Corp., 77 F. 3d 1353, 1356-58 (11th Cir. 1996).
Defendant simply must show that Plaintiff is more likely than not to recover
more than $75,000 if he prevails.  See id.

7.     In the original Complaint, Plaintiff alleges serious injuries.
These damages could easily amount to more than $75,000, particularly in
light of the serious injuries allegedly suffered by Plaintiff.  Therefore, the
"amount in controversy" requirement for removal based on diversity
jurisdiction is satisfied.

8.     The United States District Court has jurisdiction over the
parties in this litigation, pursuant to 28 U.S.C. § 1332, and this case may be
removed pursuant to 28 U.S.C. § 1441.  Because the original case was filed
in Bay County, Florida, venue in the Panama City Division is appropriate.

9.     A copy of the Complaint is attached hereto as Exhibit "A."

10.    Defendant, Lowe's Home Centers, LLC, will give written
notice of this Removal to all parties as required by law.

11.    A copy of this Notice will be served with the Clerk of the
Circuit Court in and for Bay County, Florida, as provided by law.

WHEREFORE the removing party, Defendant, Lowe's Home Centers, LLC, prays that the above entitled action be removed from the Circuit Court in and for Bay County, Florida, to this Honorable Court. Defendant, Lowe's Home Centers, LLC, demands a jury trial on those issues so triable and will file an answer within the appropriate time period.

Respectfully submitted,

By: /s/ Michelle L. Hendrix
Michelle L. Hendrix, Esquire
Florida Bar Number: 0172510

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to Harold R. Mardenborough, Jr., Esq., Perry and Young, counsel for the plaintiff, via email at hmardenborough@perry-young.com, mmangieri@perry-young.com, and eservice@perry-young.com, this 24th day of January, 2019.

/s/ *Michelle L. Hendrix*
Michelle L. Hendrix, Esquire
Florida Bar Number: 0172510
Vernis & Bowling of N.W. Florida, P.A.
315 South Palafox Street
Pensacola, Florida 32502
Telephone: 850-433-5461
Email: mhendrix@florida-law.com
lodom@florida-law.com

4

Filing # 80617765 E-Filed 11/09/2018 02:14:25 PM

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
IN AND FOR BAY COUNTY, FLORIDA

WILLIAM MELVIN

        Plaintiff,

                                                  Case No.:  18001024CA

vs.

LOWE'S HOME CENTERS, LLC,

        Defendant.

---

## COMPLAINT

---

Plaintiff, WILLIAM MELVIN, by and through undersigned attorney, sues the Defendant, LOWE'S HOME CENTERS, LLC, and alleges the following:

### JURISDICTION AND FACT

This is an action for damages which exceeds the sum of fifteen thousand ($15,000.00) dollars which exceeds the jurisdictional requirements of this Court.

1.      Plaintiff WILLIAM MELVIN is a resident of Panama City, Bay County, Florida and is over eighteen (18) years of age.

2.      At all times material hereto, Defendant LOWE'S HOME CENTERS, LLC, is a North Carolina based corporation with its principle place of business located at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697.

3.      Defendant LOWE'S HOME CENTERS, LLC, was authorized and doing business in the State of Florida and has designated Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301, as its registered agent to receive service of process.

4.      On or about November 21, 2014, Plaintiff WILLIAM MELVIN was shopping at

*A*

Lowe's when he tripped on cables left on the floor causing him to sustain a serious and permanent personal injury.

5.     At said time and place, Plaintiff WILLIAM MELVIN had permission and was invited as a customer to be on the subject property.

7.     This court has jurisdiction in this matter as the incident occurred in Bay County, Florida.

## COUNT I

Plaintiff WILLIAM MELVIN sues Defendant LOWE'S HOME CENTERS, LLC, by this count and re-alleges, affirms and incorporates herein the allegations of **JURISDICTION AND FACTS** section of this complaint and further alleges:

1.     Defendant LOWE'S HOME CENTERS, LLC, owed a duty to Plaintiff and its visitors to keep the premises, including the floors and all common areas in a reasonable safe condition for use by the public.

2.     Defendant LOWE'S HOME CENTERS, LLC, in breach of its afore described duty, negligently committed the following acts of commission or omission:

    a. Allowed an unreasonable dangerous condition, specifically, a foreign transitory substance to remain on the floor thereby creating an unreasonable dangerous condition to exist when it knew or should have known through the exercise of reasonable care, that the condition existed and created an unreasonable risk of harm to their visitors;

    b. Failed to warn Plaintiff of the danger presented by the presence of the foreign transitory substance on the floor;

c.  Otherwise generally failed in its duty to maintain its floor in a safe condition

for use by the public.

3.      The dangerous conditions were known to Defendant LOWE'S HOME

CENTERS, LLC or existed for a sufficient length of time so that defendant should have known

of it and either corrected the conditions or warned about the danger.

4.      As a direct and proximate result of the foregoing defects, Plaintiff WILLIAM

MELVIN sustained bodily injury and resulting pain and suffering, impairment, disability, mental

anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and

nursing care, treatment, and rehabilitation.   The injuries to Plaintiff are permanent within a

reasonable degree of medical probability, and Plaintiff has suffered these injuries in the past,

from the date of the accident, and will continue to sustain such injuries in the future.

WHEREFORE, Plaintiff WILLIAM MELVIN sues Defendant LOWE'S HOME

CENTERS, LLC, and seeks damages for the harm and losses caused, plus interest and cost; and

further demands such other and any further relief as this Court may deem just, proper and

equitable and respectfully requests a jury trial.

Respectfully submitted this 9th day of November, 2018.

**Perry & Young, P.A.**

By:     */s/ Harold Mardenborough*
        **Harold R. Mardenborough, Jr.**
        **Florida Bar No. 947172**
        **200 Harrison Avenue**
        **Panama City, FL 32401**
        **Phone: (850) 215-7777**
        **Fax: (850) 215-4777**
        **hmardenborough@perry-young.com**
        **mmangieri@perry-young.com**
        **eservice@perry-young.com**
        **Attorneys for Plaintiffs**