UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM MELVIN**,

    **Plaintiff**,

v.                                              Case No. 5:19cv23-TKW-MJF

**LOWE'S HOME CENTERS, INC.**,

    **Defendant**.
_____/

## ORDER

Based on the notice of settlement filed by Plaintiff (Doc. 12), it is **ORDERED** that the parties shall file a status report 30 days from the date of this Order and every 30 days thereafter if a stipulation of dismissal is not filed by then.

**DONE and ORDERED** this 31st day of December, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**